# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CARRIE A. CAMPBELL,**

    **Plaintiff,**                   Case No. 2:21-cv-4223
                                           JUDGE EDMUND A. SARGUS, JR.
    v.                                  Magistrate Judge Elizabeth P. Deavers

**OHIO DEPARTMENT OF**
**REHABILITATION AND**
**CORRECTION,** *et al.***,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of the parties' Joint Motion for Stay of Deadlines Pending Settlement. (ECF No. 26). Counsel represents that the parties have tentatively resolved this matter and are now in the process of preparing a settlement agreement and release. To provide the parties with time to draft and execute the agreement and release, the parties request a stay of the pending deadlines in this matter. Counsel represents that they anticipate being able to file a stipulation of dismissal with prejudice by October 21, 2022.

    For good cause shown, the parties' Motion is **GRANTED** (ECF No. 26). The case is hereby **STAYED** pending execution of the settlement agreement and release. The parties are **DIRECTED** to file a stipulation of dismissal or otherwise update the Court on the status of settlement by October 21, 2022.

    **IT IS SO ORDERED.**


**9/22/2022**                                          s/Edmund A. Sargus, Jr.
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**